UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF RIVADA NETWORKS PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING,<br><br>Petitioner. | Misc. Case No. 17-mc-00001-TSE-TCB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for non-party Deloitte Consulting LLP.

Dated: January 18, 2017
       Washington, D.C.

                                        KING & SPALDING LLP

                                        /s/
                                      Edmund Power
                                      VSB No. 65841
                                      Attorney for Deloitte Consulting LLP
                                      King & Spalding LLP
                                      1700 Pennsylvania Ave, NW
                                      Suite 200
                                      Washington, D.C.  20006
                                      Tel:  (202) 626-5448
                                      Fax:  (202) 626-3737
                                      Email:  EPower@kslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2017, I will electronically file the foregoing with the Clerk Of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Elizabeth A. Scully, Esq.
    Baker & Hostetler LLP
    1050 Connecticut Avenue
    NW, Suite 1100
    Washington, D.C. 20036-5304
    (202) 861-1500 (t)
    (202) 861-1783 (f)
    escully@bakerlaw.com

      And I hereby certify that I will serve a copy of the document via FedEx and email upon the following non-filing user:

    John W. Moscow, Esq.
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, NY 10111
    (212) 589-4200 (t)
    (212) 589-4201 (f)
    jmoscow@bakerlaw.com

                                                                       /s/
                                           Edmund Power
                                           VSB No. 65841
                                           Attorney for Deloitte Consulting LLP
                                           King & Spalding LLP
                                           1700 Pennsylvania Ave, NW
                                           Suite 200
                                           Washington, D.C.  20006
                                           Tel:  (202) 626-5448
                                           Fax:  (202) 626-3737
                                           Email:  EPower@kslaw.com